IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. TAURO, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 12-1843 |
| | ) | |
| PENN CREDIT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____, in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Penn Credit Corporation**, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

METZ LEWIS BRODMAN MUST
O'KEEFE LLC

Dated: February 4, 2013

/s/ James McNally
James McNally, Esquire
Pa. I.D. #78341
535 Smithfield Street, Suite 800
Pittsburgh, PA 15222
Phone: (412) 918-1100
jmcnally@metzlewis.com
Attorneys for Defendant