IN THE U.S. DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

John J. Tauro, Plaintiff

v.  No. 12- 1843

Hon. Mark R. Hornak

Penn Credit Corporation, Defendant.

ELECTRONICALLY FILED

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 8th day of February 2013

/s/ John J. Tauro

Certificate of Service

The undersigned certifies that on February 8, 2013, he sent a true and correct copy of the within Notice of Dismissal to the following: James McNally Esq., 535 Smithfield Street, Suite 800 Pittsburgh, PA 15222 via First Class U.S. mail, postage pre paid.


/s/ John J. Tauro