# IN THE U.S. DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

John J. Tauro, Plaintiff

v.  No. 12-1843

Hon. Mark R. Hornak

Penn Credit Corporation, Defendant.

ELECTRONICALLY FILED

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 8th day of February 2013

/s/ John J. Tauro

*Approved*
*February 11, 2013*
[signature]
U.S. D.J.